UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TRICIA J. ROBINSON, and SHANNON EDMONDSON, <br><br> Plaintiffs, <br><br> v. <br><br> CLAIBORNE MEDICAL CENTER, and COVENANT HEALTH, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 3:16-CV-634-HSM-HBG |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

The parties appeared telephonically before the Court on January 22, 2018, over a discovery dispute. Attorneys Charlene Vance and Robin Moore appeared on behalf of Plaintiffs. Attorney Jay Mader appeared on behalf of Defendants. Specifically, Defendants stated that they served Plaintiffs with Interrogatories and Requests to Produce on March 31, 2017, and that Plaintiffs have not responded to the discovery. Counsel for Plaintiffs explained that they are having difficulties maintaining contact with Plaintiffs. Counsel continued that they were able to complete Plaintiff Edmondson's responses to Interrogatories, which would be provided to Defendants immediately. Counsel for Plaintiffs further explained that given their difficulties contacting Plaintiffs, they have initiated the process to withdraw pursuant to the Court's Local Rules. *See* E.D. Tenn. L.R. 83.4. Defendants expressed concern that they could not meet several of the upcoming deadlines in this case due to Plaintiffs' lack of participation in discovery and the forthcoming motion to withdraw.

Accordingly, based on the representation that counsel for Plaintiffs have initiated the process to withdraw in this case, the Court finds it appropriate to **STAY** the deadlines outlined in the Scheduling Order. The Court will revisit these deadlines when the motion to withdraw has been filed. The Court further **GRANTS** Defendants leave to file discovery related motions after the motion to withdraw has been ruled on.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge